# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREA SOBALVARRO,<br><br>    Defendant. | Case No. 2:23-mj-00771-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    The parties require additional time for negotiations to determine whether this matter will proceed to trial or be resolved through a plea agreement.

    2.    Defense counsel requires additional time to review discovery, conduct investigation, and counsel the defendant on their legal options.

    3.    Defendant is out of custody and does not oppose the continuance.

    4.    The parties agree to the continuance.

This is the third request for a continuance of the bench trial.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, April 10, 2024, at 9:30 a.m., be vacated and continued to May 10, 2024 at the hour of 9:30 a.m.

DATED this 8th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE