# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA SOBALVARRO,<br><br>Defendant. | Case No. 2:23-mj-00771-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, August 28, 2024 at 9:30 a.m., be vacated and continued to October 2, 2024 at the hour of 9:30 a.m. in Courtroom 3D.

DATED this 22nd day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3