RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Andrea Sobalvarro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00771-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ANDREA SOBALVARRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Andrea Sobalvarro, that the Revocation Hearing currently scheduled on March 5, 2025 at 1:00 p.m., be vacated and continued to March 12, 2025 at 1:00 p.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel is unavailable on the currently scheduled revocation hearing date.

2. The defendant is in custody and does not oppose the continuance.

3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 27th day of February 2025.

4  RENE L. VALLADARES  
Federal Public Defender

SUE FAHAMI  
Acting United States Attorney

6  /s/ Joy Chen  
By_____

/s/ Skyler Pearson  
By_____

7  JOY CHEN  
Assistant Federal Public Defender

SKYLER PEARSON  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00771-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ANDREA SOBALVARRO, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, March 5, 2025 at 1:00 p.m.., be vacated and continued to March 12, 2025 at the hour of 1:00 p.m. in Courtroom 3D

DATED this 27th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE